UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HAROLD JEROME THORNTON, :
:
    Plaintiff : No. 3:CV-13-1086
:
v. : (Judge Nealon)
:
RONNIE R. HOLT, et al., :
:
    Defendants :

FILED
SCRANTON
SEP 12 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 12th DAY OF SEPTEMBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' unopposed motion to dismiss and for summary judgment, (Doc. 17), is **GRANTED**.

2. Plaintiff's complaint, (Doc. 1), is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with a court order.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause, and not taken in good faith.

                                                                   _____
                                                                   **United States District Judge**